IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES BILLIEJO SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 20-121E |
| | ) | |
| v. | ) | JUDGE AMBROSE |
| | ) | |
| ANDREW M. SAUL, | ) | *(Electronic Filing)* |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT ORDER**

AND NOW, this 22nd day of June, 2021, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

*/s/ Donetta F. Ambrose*
UNITED STATES DISTRICT JUDGE